AO 450 (Rev. 5/85)

# United States District Court

### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| CHERLYN A. WILLIAMS,<br>      Plaintiff, | )<br>) |
| v. | )<br>) |
| | )   **JUDGMENT IN A CIVIL CASE** |
| MICHAEL J. ASTRUE,<br>*Commissioner of Social Security*,<br>      Defendant. | )   **CASE NO. 5:11-CV-409-D**<br>)<br>) |

Decision by the Court:

     **IT IS ORDERED AND ADJUDGED** that the Court GRANTS Plaintiff's Motion for Judgment on the Pleadings [D.E. 84], Defendant's Motion for Judgment on the Pleadings [D.E. 88] is DENIED, and the case is REMANDED to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **SEPTEMBER 20, 2012,** WITH A COPY TO:

Elizabeth F. Lunn (via CM/ECF electronic notification)
Jamie D.C. Dixon (via CM/ECF electronic notification)

| | |
|---|---|
| | JULIE A. RICHARDS, Clerk |
| September 20, 2012 | |
| Date | Eastern District of North Carolina |
| | |
| | /s/Debby Sawyer |
| | (By) Deputy Clerk |
| Raleigh, North Carolina | |